THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Jennifer W.,
 Jason W., Walter Lee C., Kevin N., John Doe, whose true identity is unknown, Defendants,
 Of whom
 Jennifer W. is the Appellant.
 In the interest of five minor children.
 
 
 

Appeal From Berkeley County
 Frances  P. Segars-Andrews, Family Court
 Judge
Unpublished Opinion No. 2009-UP-175
Submitted April 1, 2009  Filed April 27,
 2009
AFFIRMED

 
 
 
 J. Rutledge Young, III, of Charleston, for Appellant.
 Wolfgang L. Kelly, of Moncks Corner, for Respondent.
 
 
 

PER CURIAM: Jennifer
 W.appeals from the family court's
 order denying her motion to withdraw consent of her voluntary relinquishment of
 parental rights to her minor children.  See S.C.
 Code Ann. § 63-4-2570 (2008).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling.   
AFFIRMED.[1] 
HEARN,
 C.J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.